**Nos. 23-1778, 23-1790, 23-1808, 23-1984,
23-2544, 23-2559, 23-2560, 23-2612**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

PJM POWER PROVIDERS GROUP, ET AL.,

*Petitioners*,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

*Respondent.*

VISTRA CORP., ET AL.,

*Intervenors for Petitioners.*

On Petitions for Review of Orders of the Federal Energy Regulatory Commission

**BRIEF AND NOTICE OF JOINDER OF INTERVENOR VISTRA CORP. PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 28(i)**

Natasha Gianvecchio
Anna R. Biegelsen
Eric J. Konopka
Richard H. Griffin
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Tel.: (202) 637-2200
Fax: (202) 637-2201
eric.konopka@lw.com

*Counsel for Intervenor Vistra Corp.*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Third Circuit Rule 26.1, Vistra Corp. states that it is publicly traded on the New York Stock Exchange under the ticker symbol "VST."

The Vanguard Group, Inc. and various subsidiaries and affiliated investment companies hold approximately 12% of Vistra Corp.'s stock.

## TABLE OF CONTENTS

                                                                                    **Page**

CORPORATE DISCLOSURE STATEMENT ......................................................... i

TABLE OF AUTHORITIES ................................................................................ iii

BRIEF AND NOTICE OF JOINDER OF VISTRA CORP. PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 28(i) ....................................... 1

## TABLE OF AUTHORITIES

**Page(s)**

**RULES**

Federal Rule of Appellate Procedure 28(i) ................................................................1

# BRIEF AND NOTICE OF JOINDER OF VISTRA CORP. PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 28(i)

Pursuant to Federal Rule of Appellate Procedure 28(i), intervenor Vistra Corp. hereby joins the opening brief filed by petitioners Constellation Energy Generation, LLC, Electric Power Supply Association, NRG Business Marketing LLC, and PJM Power Providers Group.  For the reasons stated in that brief, the Court should grant the petitions for review and vacate the underlying orders of the Federal Energy Regulatory Commission.

Dated:  September 25, 2023              Respectfully submitted,

  s/ *Eric J. Konopka*
Natasha Gianvecchio (D.C. Bar #477539)
Anna R. Biegelsen (D.C. Bar #1016354)
Eric J. Konopka (D.C. Bar #1618343)
Richard H. Griffin (D.C. Bar #1632706)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Tel.:  (202) 637-2200
Fax:  (202) 637-2201
eric.konopka@lw.com

*Counsel for Intervenor Vistra Corp.*

## COMBINED CERTIFICATIONS

### I. CERTIFICATE OF BAR MEMBERSHIP

I, Eric J. Konopka, counsel for intervenor Vistra Corp., hereby certify pursuant to Third Circuit Rule 28.3(d) that I am a member in good standing of the bar of the United States Court of Appeals for the Third Circuit.

### II. CERTIFICATE OF WORD COUNT

I hereby certify that the foregoing document complies with the 9,100-word limit in this Court's order of September 7, 2023. This document contains 78 words as counted using the word-count feature in Microsoft Word, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f). Combined with the joint brief of the other intervenors supporting petitioners—Advanced Energy United, the American Clean Power Association, and the Solar Energy Industries Association—the total word count is 2,862.

### III. CERTIFICATE OF COMPLIANCE

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 and 14-point Times New Roman font.

## IV. CERTIFICATE OF IDENTICAL BRIEFS

Pursuant to Third Circuit Rule 31.1(c), I certify that the text of the electronic and hard copy forms of this document are identical.

## V. CERTIFICATE OF VIRUS CHECK

Pursuant to Third Circuit Rule 31.1(c), I certify that a virus check of the electronic PDF version of this document was performed using Microsoft Defender Antivirus, security intelligence version 1.397.1543.0 (last updated September 25, 2023), and according to that program no virus was detected.

Dated: September 25, 2023

Respectfully submitted,

/s/ *Eric J. Konopka*
Eric J. Konopka
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Tel.: (202) 637-2200
Fax: (202) 637-2201
eric.konopka@lw.com

*Counsel for Intervenor Vistra Corp.*